HANSON ET AL. *v.* CHESAPEAKE & OHIO
RAILWAY COMPANY.

No. 1170. Decided May 16, 1966.

*Robert O. Ellis, Jr.,* for petitioners.

*William C. Beatty* and *Amos A. Bolen* for respondent.

PER CURIAM.

The petition for a writ of certiorari is granted. The judgment of the United States Court of Appeals for the Fourth Circuit is vacated and the case is remanded to that court for further consideration in light of *Gunther* v. *San Diego & A. E. R. Co.,* 382 U. S. 257.

HASPEL *v.* STATE BOARD OF EDUCATION ET AL.

No. 1352, Misc. Decided May 16, 1966.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.